# EXHIBIT "B"

Case 2:22-cv-00191-JRG-RSP   Document 58-2   Filed 08/07/23   Page 1 of 4 PageID #: 1398



# SHANON R. BURGESS

Forensic Expert - Digital

**OFFICE:** 817.251.9910
**CELL:** 256.339.6184
**EMAIL:** shanon.burgess@aperturellc.com

## EDUCATION

| | | |
|---|---|---|
| BGS | Bachelor of General Science in Mathematics and Business Administration<br>University of Alabama – Birmingham, Alabama, 2024 | |
| AAS | Associate of Applied Science in Computer Networking<br>Wallace State Community College – Hanceville, Alabama, 2015 | |

## PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| GASF | GIAC Advanced Smartphone Forensics<br>Analyst Number.: 1247 |
| CCME | Cellebrite Certified Mobile Examiner |
| MCFE | Magnet Certified Forensics Examiner |
| MCCE | Magnet Certified Cloud Examiner |
| CHFI | Computer Hacking Forensic Investigator |
| CCPA | Magnet Certified Forensics Examiner |
| CCO | Magnet Certified Cloud Examiner |
| PI | Licensed Private Investigator<br>State of Texas License No: 00838868<br>State of Arkansas |
| CDR | Bosch Crash Data Retrieval Technician/Analyst |
| Remote Pilot | Licensed Remote Pilot for Small Unmanned Aerial Systems<br>FAA Certificate No: 4361524 |

## WORK EXPERIENCE

Mr. Burgess is an expert with nearly a decade of experience in data acquisition, recovery, and forensic investigations. He has led day-to-day operations and oversaw the digital forensic services offered to clients, including data acquisition, forensic analysis, expert testimony, and forensic consultation.

Mr. Burgess has forensically investigated 1,000's of litigation cases over 8 years, including accident reconstruction, distracted driving, insurance fraud, criminal investigations, harassment, and many other issues involving digital devices. He is a frequent speaker at industry events, published in professional publications, and constantly sharing insightful content on topics relating to digital forensics and cybersecurity.

Mr. Burgess regularly conducts research and performs advanced data extraction techniques including forensic chip swaps, chip-off, in-system programming, JTAG for unsupported and/or damaged devices. He conducts research and analyzes digital data from iOS, Android, computer, vehicle systems, GPS, and other embedded devices including QNX, VxWorks, and other Real-Time Operating Systems (RTOS).



### CONTINUING EDUCATION – DIGITAL FORENSICS

Digital Video Examinations, Dallas, TX, 2023
Driver Distraction from Electronic Devices, Society of Automotive Engineers (SAE), Dallas, TX, 2022
SANS DFIR Summit, SANS Institute, Austin, TX, 2022
Smartphone Forensic Analysis In-Depth, SANS Institute, Orlando, FL, 2022
Magnet Virtual Summit, Magnet Forensics, Virtual, 2022
SANS DFIR Summit, SANS Institute, Virtual, 2021
Cellebrite Certified Physical Analyzer, Dallas, TX, 2021
Cellebrite Certified Operator, Dallas, TX, 2021
Magnet Virtual Summit, Magnet Forensics, Virtual, 2021
Incident Response Examinations, Dallas, TX, 2021
Advanced Computer Forensics Dallas, TX, 2021
Forensic Fundamentals, Dallas, TX, 2021
Internet & Cloud Investigations, Dallas, TX, 2020
Advanced iOS Examinations, Dallas, TX, 2020
Advanced Mobile Forensics, Dallas, TX, 2020
Magnet AXIOM Examinations, Dallas, TX, 2020
Computer Hacking Forensic Investigator (CHFI), Dallas, TX, 2020
Video Examinations for the Police Investigator, Murfreesboro, TN, 2019
CyberTruck Challenge, Warren, Michigan, 2018
BGA Operational/Rework (Chip-off), Precision PCB Services Inc, Oroville, CA, 2017

### CONTINUING EDUCATION – ACCIDENT RECONSTRUCTION

Driver Distraction from Electronic Devices, Society of Automotive Engineers (SAE), Dallas, TX, 2022
Drivers' Responses to Path Intrusions, Crash Safety Solutions, Dallas, TX, 2022
Aerial Photogrammetry for Crash Investigation using Pix4D, Hattiesburg, MS, 2019
EDR Summit 2019, Houston, Texas, 2019
Heavy Truck Crash Reconstruction, Byron Center, MI, 2018
Pedestrian and Bicycle Crash Investigation, Pelham, AL, 2017
Using Microsoft Excel for Traffic Crash Reconstruction, Pelham, AL, 2017
EDR Summit 2017, Houston, Texas, 2017
Bosch Crash Data Retrieval Analyst, Rusty Haight, Pelham, AL, 2017
Commercial Vehicle Crash Investigation, Institute of Police Technology and Management, Scottsdale, AZ, 2016
Bosch Crash Data Retrieval Technician, Level 1 and Level 2, Pelham, AL, 2016
World Reconstruction Exposition (WREX 2016), Orlando, FL, May 2016
Motor Vehicle Accident Reconstruction and Cause Analysis, Dr. Rudy Limpert, Pelham, AL, 2016
Crash and Crime Scene Photography, Pelham, AL, 2015

### PRESENTATIONS

"Vehicle System Forensics: Damaged and Unsupported Devices"
  High Technology Crime Investigation Association's (HTCIA), Phoenix, Arizona, September 2023

"An Introduction to the Forensic Acquisition of Mobile Devices in Accident Reconstruction"
  World Reconstruction Exposition (WREX 2023), Orlando, Florida, April 2023

"Damaged Device Forensics"
  Maryland Crash Reconstruction Committee Conference, Linthicum, Maryland, March 2023

"Vehicle System Forensics: Damaged and Unsupported Devices"
  Interpol Vehicle Forensics Expert Group, Virtual, December 2022

"Utilizing Digital Forensics and Metadata in Fraud Investigations"
  Fort Worth Chapter - Association of Certified Fraud Examiners, Fort Worth, Texas, November 2022

"Utilizing Digital Forensics in Fraud Investigations"



Houston Chapter - Association of Certified Fraud Examiners, Houston, Texas, August 2022

"Heavy Vehicle Event Data Recorders: Data Preservation and Analysis"
    TAARS 2019 Conference, Round Rock, Texas, March 2019

"HVEDR Advanced Digital Forensics"
    CA2RS 2018 Conference, South Lake Tahoe, California, October 2018

"Forensic Methods for Dealing with Damaged ECM/ECU Components"
    EDR 2017 Summit, Houston, Texas, March 2017

**PUBLICATIONS**

"Forensic Methods for Dealing with Damaged ACM/ECM Components"
    Collision: The International Compendium for Crash Research, Vol. 12, Issue 2, 2018