# EXHIBIT "C"

# APERTURE TEXAS 2023 FEE SCHEDULE

*Tax ID Number: 84-2522312*

## Designated Expert Hourly Rate

| | |
|---|---|
| **Lead Expert – Shanon Burgess** | $325.00/hour |
| Testimony Fee | Hourly rate + $100 |
| Video Testimony Fee | x2 normal hourly rate |

## Additional Hourly Rates

- 3D/Graphic Animator — $185 - $345/hour
- Administrative Support — $75 - $165/hour
- Case Support — $135 - $325/hour
- Forensic Expert/Engineer — $135 - $750/hour

## Case / Expert Testimony Fees

- Retainer / Designation Fee — $2,500 ($1,000 non-refundable)
- Initial Consultation, Conflict check, and File Set Up — $350

## Fixed Fees

- 3D Laser Scanner** — $750/day
- ATD/Crash Test Dummy — $1,000/per use
- Berla Infotainment Plug-In** — $1,500/vehicle
- Digital Photos — $2.00/per photo
- DMV Records — $15/each
- Drone** — $500/day
- EDR Equipment and Software** — $500/vehicle
- Exemplar Vehicle Database — $200/vehicle model
- Flash Drive — $25/per
- Hi-Res Aerial / Oblique Images - Eagle View — $10/per
- Heavy Vehicle ECM Download** — $750/vehicle
- Luminance Meter** — $300
- Open Records Request — $300/initial $150/secondary
- Robotic Total Station** — $600
- RTK GPS Unit** — $600
- Simulation Software — $250/per + hourly rate
- Toyota Techstream (VCH) — $250/vehicle
- Tribometer** — $100
- Vehicle Scales** — $200/per use
- Video/Screenshot(s) purchased from NTV — $500-$1,500
- Videos — $25/per video
- VIN Vehicle Report — $20/vehicle

**Digital Forensics**

- ACM Chip Swap         $5,000
- Chip-Off              $1,000
- Cloud Forensics       $1,000
- Computer Forensics    $1,500
- HVEDR Chip Swap       $10,000
- Mobile Forensics      $1,500

**Travel**

- Flight/Meals/Train/Car    At Cost
- Mileage                   $Gov Rate/mile

\* While Aperture will not alter charges for an Aperture Rapid Response, Aperture maintains the right to deploy resources whose billing rates differ from those listed to satisfy time and scope requirements. Rush rates may apply as follows:
- 150% of listed rates for requested work within 15 business days
- 200% of listed rates for requested work within ten business days

\*Aperture reserves the right to adjust pricing without notice

\*\* These equipment charges are per application, not per case, and do not include the hourly rates outlined above.

Aperture will not accept expert designations without prior written acceptance.

Last updated date: 2/1/2023