# EXHIBIT "D"



## Four-Year Testimony of Shanon Burgess

| STYLE | D/T | DATE | P/D | Service | CAUSE NUMBER & COURT |
|---|---|---|---|---|---|
| State of Oregon vs. Samuel Castro-Muro | Trial | January 2023 | P | Digital Forensics | Criminal Court Case No: 18CR82986<br>DA Case No: 067-373026<br>Washington County Circuit Court, Oregon State Court |
| Brandon Uehling v. Eastex Crude Trucking, LLC, and Keven Moore | Depo | June 2022 | P | Accident Reconstruction | Cause No. CV57237<br>385th District Court<br>Midland County, Texas |
| Reynaldo Sanchez v. D&T Reliable Transportation, LLC, and Curtis Mouton | Depo | October 2021 | D | Digital Forensics | Cause No. 2019CI15752<br>37th District Court<br>Bexar County, Texas |
| Jametrius McCon vs. Adolfo Perez and D&D Express Transport Corporation | Trial | September 2018 | D | Accident Reconstruction | Case No: 1:17cv77-LG-RHW<br>United States District Court for the Southern District of Mississippi, Southern Division |