# EXHIBIT "H"

707 N Franklin St.
New Ulm, MN 56073
Ph (507)-438-7386

LEADING EDGE CONSULTING, LLC

Legal Testimony of Clay Merches
As of April 27, 2023

| Case Name | Attorney | Deposition | Hearing/Trial | State | Venue | Case # |
|---|---|---|---|---|---|---|
| Beard vs. Westside Roofing | Matthew Gelina | March 30, 2023 | | TX | 261st District Court – Travis County, TX | D-1-GN-21-000636 |
| Wilson vs. GKD | Alan Rucker | January 25, 2023 | | TX | 170th District Court – McLennan County, TX | 2020-437-4 |
| Savage vs. JRP | James Lloyd | January 20, 2023 | | AR | Circuit Court of Boone County Arkansas | 05CV-21-184 |
| Sedano vs. Amazon | Grant Thornhill | May 26, 2022 | Settled | TX | 229th Judicial District of Duval County Texas | DC-19-168 |
| Ornelas vs. Deol and M&M Carriers | Matt Lair | April 29, 2021 | Settled | TX | United Southern District of Texas | 5-20-CV-00058 |
| Ortiz vs. Ben Strong Trucking and Cowan Systems, LLC. | Paul Bekman | April 26, 2021 | Settled | MD | US District Court of Maryland | 1:18-cv-3230-CCB |
| Flatt vs. Roadrunner Transportation Services and Donald Gross | Gabriel Costa | April 8, 2021 Corporate 30B6 | Settled | FL | 7th Judicial Circuit – Putnam County, FL | 2018-CA-106 |
| Leyva vs. Rent-A-Center | Jack Luckett | Oct 15, 2020 | Settled | TX | 438th District Court – Bexar County, TX | 2019CI10793 |
| Lopez vs. Penn Transport | Graham Baker | Aug 10, 2020 | Settled | TX | 285th Judicial District Court – Bexar County, TX | 2018CI02950 |
| Carollo vs. Ace American Insurance, Langer Transport Corp and Kevin Owens | Robert Bonnaffons | Oct 18, 2019 | Settled | LA | 34th District Court – Eastern District of LA | 18-13330 |



707 N Franklin St.
New Ulm, MN 56073
Ph (507)-438-7386

| Case Name | Attorney | Deposition | Hearing/Trial | State | Venue | Case # |
|---|---|---|---|---|---|---|
| Roadrunner Transportation Services vs. Indiana OSHA | | | Informal Conference March 5, 2019 | IN | Indiana OSHA | 318104668 |
| Guinn vs. Praxair,FIBA,FIKES,Chart | Michael Wisniewski | January 21, 2019 | Settled | MI | Eastern District of MI | 1:17-CV-11436-TLL-PTM |
| Roadrunner Intermodal Services vs. US DOT | | | Arbitration Oct 25, 2018 | GA | US Civilian Court of Contract Appeals | CBCA 6251 -ADR |
| Leonard Falcon vs. Roadrunner Transportation, Rich Logistics | | September 5, 2018 Corporate 30B6 | Settled | TX | Judicial District Court – Bexar County, TX | 2018CI00189 |
| Lora Piggee vs. Roadrunner Intermodal Services | | November 16, 2017, Corporate 30B6 | Settled | AR | Circuit Court – Monroe County, AR | |
| Thomson Farms vs. US Department of Transportation PHSMA | | | Informal Conference June 7th, 2018 | AR | Washington, DC | 17-0375-SH-SW |