**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **JEFFREY GLOVER and TRESA GLOVER,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | **CIVIL NO. 2:22-CV-00191-JRG-RSP** |
| | § | |
| **GRAPHIC PACKAGING INTERNATIONAL, LLC** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING DEFENDANT'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS'**
**GROSS NEGLIGENCE AND NEGLIGENCE PER SE CLAIMS**

ON THIS DATE CAME ON TO BE CONSIDERED Defendant Graphic Packinging International, LLC's Motion for Partial Summary Judgment on Plaintiffs Jeffrey Glover and Tresa Glover's allegations of gross negligence and negligence *per se*. After considering the contents of the Motion, the response of Plaintiffs and reply of Defendant, if any, and the evidence on file, the Court finds that the Motion should be GRANTED based upon Plaintiff's failure to set forth any evidence in support of his claims for gross negligence and negligence *per se* to support exemplary damages.  It is therefore

ORDERED that Defendant Graphic Packaging International, LLC's Motion for Partial Summary Judgment on Plaintiffs Jeffrey Glover and Tresa Glover's allegations of gross negligence and negligence *per se* be GRANTED in its entirety.