UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JEFFREY GLOVER and TRESA GLOVER, <br> *Plaintiffs,* <br><br> v. <br><br> GRAPHIC PACKAGING INTERNATIONAL, LLC <br> *Defendant.* | § § § § § § § § § § | CIVIL NO. 2:22-cv-00191-JRG-RSP |

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE OR EXCLUDE THE TESTIMONY OF ROGER C. ALLEN

Before this Court is Defendant Graphic Packaging International, LLC's Motion to Strike or Exclude the Testimony of Roger C. Allen (the "Motion"). The Court, after reviewing the Motion, the Response, and Reply (if any), and the evidence submitted, is of the opinion that Defendant's Motion should be in all things GRANTED.

It is therefore ORDERED that Plaintiff's expert designations of Roger C. Allen are hereby struck and the testimony and opinions of Roger C. Allen are excluded from evidence at trial.