## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| JEFFREY GLOVER and TRESA GLOVER, <br>    *Plaintiffs,* <br><br> v. <br><br> GRAPHIC PACKAGING INTERNATIONAL, LLC <br>    *Defendant.* | § § § § § § § § § § § <br><br> CIVIL NO. 2:22-cv-00191-JRG-RSP |

## ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF EXPERT DANIEL R. PHILLIPS

ON THIS DATE CAME ON TO BE CONSIDERED Defendant Graphic Packaging International, LLC's Motion to Exclude or Limit the Testimony of Expert Daniel R. Phillips (the "Motion"). The Court, having considered the motion and the response, if any, is of the opinion that the Motion should be granted. It is, therefore,

ORDERED that Defendant Graphic Packaging International, LLC's Motion to Exclude or Limit the Testimony of Expert Daniel R. Phillips is GRANTED, and that Plaintiff is precluded from offering any evidence or testimony regarding GPS latency from Daniel R. Phillips, or evidence or testimony based on his opinions, methodologies and reports pertaining to GPS latency.