# EXHIBIT "B"

**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Thu, 12 May 2022

STATE OF TEXAS       §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Tue, 11 January 2022, which occurred in Bowie County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX  78701-2483
1-844-274-7457



Law Enforcement and TxDOT Use ONLY
☐ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE
Total Num ... Total Num ...
TxDOT Crash ID 18690840.1/2022009014

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 2

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 01/11/2022
- *Crash Time (24HRMM): 1045
- Case ID: 22-003420
- Local Use:
- *County Name: BOWIE
- *City Name: TEXARKANA
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude (decimal degrees):
- Longitude (decimal degrees):

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: LR
- *Hwy. Num.:
- 2 Rdwy. Part: 1
- Block Num.: 2800
- 3 Street Prefix: S
- *Street Name: BISHOP
- 4 Street Suffix: RD
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: US
- Hwy. Num.: 59
- 2. Rdwy. Part: 1
- Block Num.: 4000
- 3 Street Prefix:
- Street Name: LAKE
- 4 Street Suffix: DR
- Distance from Int. or Ref. Marker: 250
- ☒ FT ☐ MI
- 3 Dir. from Int. or Ref. Marker: S
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS

### Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: AR
- LP Num.: K790168
- VIN: 1FUJGEDVXDSBZ6182
- Veh. Year: 2013
- 6. Veh. Color: WHI
- Veh. Make: FREIGHTLINER
- Veh. Model: CASCADIA 125
- 7 Body Style: TT
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 2
- DL/ID State: TX
- DL/ID Num.: 13024563
- 9 DL Class: A
- 10 CDL End.: N,P,S
- 11 DL Rest.: A
- DOB (MM/DD/YYYY): 05/25/1969
- Address: 3521 CONNIE LN TEXARKANA, TX 75503

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | GLOVER, JEFF | B | 52 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: ABERNATHY COMPANY INC, 3820 E 19TH ST TEXARKANA, AR 71854
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: STARR INS COMPANY
- Fin. Resp. Num.: 1000638049211
- Fin. Resp. Phone Num.: 501-372-5200
- 27 Vehicle Damage Rating 1: - L & T - 3
- 27 Vehicle Damage Rating 2: - -
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: Red River Wrecker
- Towed To: 916 N. Robison Rd.

### Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 6
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: AR
- LP Num.: PT149270
- VIN: 1JJC40211NL179685
- Veh. Year: 1992
- 6. Veh. Color: BRO
- Veh. Make: WABASH NATIONAL CORP
- Veh. Model: UNKNOWN
- 7 Body Style: TL
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 9 DL Class:
- 10 CDL End.:
- 11 DL Rest.:
- DOB (MM/DD/YYYY): / /
- Address:

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: ABERNATHY COMPANY INC, 3820 E 19TH ST TEXARKANA, AR 71854
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: STARR INS COMPANY
- Fin. Resp. Num.: 1000638049211
- Fin. Resp. Phone Num.: 501-372-5200
- 27 Vehicle Damage Rating 1: - L & T - 2
- 27 Vehicle Damage Rating 2: - -
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: Red River Wrecker
- Towed To: 916 N. Robison Rd.

Copy from Custodial File

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | WADLEY HOSPITAL | LIFE NET | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

Unit Num. 1 | [X] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [X] Yes [ ] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00356237

Carrier's Corp. Name: ABERNATHY COMPANY INC
Carrier's Primary Addr.: 3820 E 19TH ST TEXARKANA, AR 71854
30 Veh. Type: 9

31 Bus Type: 0 | [ ] RGVW [X] GVWR 80000 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | 32 HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type: 3

Unit Num. 2 | [ ] RGVW [X] GVWR 40000 | 34 Trlr. Type 2 | CMV Disabling Damage? [X] Yes [ ] No | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events | 35 Seq. 1: 3 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 60 | 50 | | | 1 | 1 | 97 | 4 | 4 | 1 | 17 |

## NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened**
(Attach Additional Sheets if Necessary)

UNIT 2 WAS BEING TOWED BY UNIT 1. UNIT 1 WAS TRAVELING EAST ON US 59 AND PROCEEDED TO TURN RIGHT (SOUTH) ON S. BISHOP RD. AS UNIT 1 CONDUCTED HIS RIGHT TURN UNIT 1 AND UNIT 2 ROLLED ON ITS SIDE CAUSING DAMAGE TO BOTH UNITS. THE DRIVER OF UNIT 1 STATED HE WAS UNSURE WHAT HAPPENED. THIRD PARTY WITNESSES STATED IT DID NOT APPEAR AS IF HE WAS GOING TOO FAST BUT THAT HE JUST OVERTURNED. WITNESS SHELIA SMITH (903) 949-2099. WITNESS CURTIS MCCHESTER (903) 556-2456. WITNESS THOMAS MCQUEEN (530) 340-1293.

*Field Diagram - Not to Scale* (showing intersection with LAKE DR. and S. BISHOP, with UNIT 1 and UNIT 2 positions marked)

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 1046 | How Notified: DISPATCH | Time Arrived (24HRMM): 1053 | Report Date (MM/DD/YYYY): 01/11/2022

Invest. Comp. [X] Yes [ ] No | Investigator Name (Printed): Jones, Darren M. | ID Num. 0254

ORI Num.: TX0190500 | *Agency: TEXARKANA POLICE DEPARTMENT | Service/Region/DA: 01