IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **JEFFREY GLOVER AND** § <br> **TRESA GLOVER** § <br>     **Plaintiffs** § <br> § <br> § <br> **V.** § <br> § <br> § <br> § <br> **GRAPHIC PACKAGING** § <br> **INTERNATIONAL, LLC** § <br>     **Defendant** § | **CIVIL ACTION NO. 2:22-CV-00191** |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on August 31, 2023 and settled on a mediator's proposal.

SIGNED this the 31st day of August, 2023.

                                    */s/ Randy Akin*
                                    **MEDIATOR**

## CERTIFICATE OF SERVICE

The undersigned certified that the foregoing instrument was filed electronically on this the 31st day of August, 2023.

                                    */s/ Randy Akin*
                                    **G.R. (RANDY) AKIN**