# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JEFFREY GLOVER AND TRESA GLOVER, | § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | Case No. 2:22-cv-00191-JRG-RSP |
| GRAPHIC PACKAGING INTERNATION, LLC, | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Joint Notice of Settlement and Joint Motion to Stay Deadlines ("Motion"), filed by Plaintiffs Jeffrey and Tresa Glover and Defendant Graphic Packaging International, LLC (collectively, the "Parties"). **Dkt. No. 81.**

After consideration, the Court **GRANTS** the Parties' Motion. It is therefore **ORDERED** that all deadlines are **STAYED** for 30 days from the date of this Order. It is further **ORDERED** that, absent a showing of good cause, the Parties will submit a joint motion to dismiss with prejudice no later than 30 days from the date of this order.

**SIGNED this 6th day of September, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE